the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. G. Noble Jones* for petitioner. No appearance for respondent.

---

No. 692. JAMES C. DAVIS, DIRECTOR GENERAL OF RAIL-ROADS, ETC., *v.* SAMUEL WECHSLER. November 27, 1922. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri granted. *Mr. O. H. Dean, Mr. H. M. Langworthy* and *Mr. Roy B. Thomson* for petitioner. *Mr. William S. Hogsett, Mr. Murat Boyle* and *Mr. Mont T. Prewitt* for respondent.

---

No. 718. STANDARD PARTS COMPANY *v.* WILLIAM J. BECK. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. John M. Garfield, Mr. A. V. Cannon* and *Mr. James P. Wood* for petitioner. *Mr. George L. Wilkinson* for respondent.

---

No. 749. CENTRAL COAL & COKE COMPANY *v.* JACOB OCEPEK. January 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas granted. *Mr. L. C. Boyle* for petitioner. No appearance for respondent.

---

No. 781. TAUBEL-SCOTT-KITZMILLER COMPANY, INC., *v.* DAVID J. FOX ET AL., TRUSTEES, ETC. January 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Frank J. Hogan* for petitioner. *Mr. Irving L. Ernst* for respondents.